UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>Defendant. | Civil Action No. 25-3413 (ABJ) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant the U.S. Department of Energy ("Department"), by and through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's May 15, 2026 Minute Order.

Plaintiff's action under the Freedom of Information Act, 5 U.S.C. § 552, seeks documents responsive to three FOIA requests submitted on December 9, 2024, April 30, 2025, and May 30, 2025. *See* Compl. (ECF No. 1) ¶¶ 10, 14, 17. Plaintiff filed this Complaint on September 25, 2025, *see generally id.*, and Defendant answered on January 7, 2026 (ECF No. 5).

For Plaintiff's request dated December 9, 2024 (HQ-2025-01353-F), the Department provided its first interim response on March 27, 2026 its second interim response on April 27, 2026 and its third and final response on May 27, 2026.

For Plaintiff's request dated April 30, 2025 (HQ-2025-03005-F), the Department provided its first interim response on February 27, 2026, its second interim response on March 30, 2026 its third interim response on April 29, 2026, its fourth interim response on May 29, 2026, its fifth interim response on June 30, 2026, and is preparing to provide its sixth interim response on or around July 29, 2026.

For Plaintiff's request May 30, 2025, (HQ-2025-03202-F), the Department provided its first interim response on February 20, 2026, its second interim response on March 23, 2026, its third interim response on April 20, 2026, its fourth interim response on May 22, 2026, its fifth interim response on June 22, 2026, and its sixth interim response on July 22, 2026.

The Department is processing documents responsive to each of Plaintiff's requests at a rate of 300 pages per month per request with rolling productions thereafter.

In light of this update, the parties propose to file a further status report in ninety days, or on or before October 26, 2026.

Dated: July 28, 2026

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar #252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784

*Attorneys for the United States of America*